No. 87–6405.   TOMPKINS *v.* TEXAS.   Ct. Crim. App. Tex.   Motion of petitioner for leave to proceed *in forma pauperis*

granted.   Certiorari granted.█   JUSTICE O'CONNOR took no part in the consideration or decision of this motion and petition.   █